10 A.3d 1203

IN THE MATTER OF RAFFI TOROS KHOROZIAN, AN ATTORNEY AT LAW (ATTORNEY NO. 001931993).

January 28, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–183, concluding that **RAFFI TOROS KHOROZIAN** of **FORT LEE,** who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RAFFI TOROS KHOROZIAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.